RECEIVED
MAY 19 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Plaintiff(s),
CATHERINE A SAFARI

v.

CHARTER COMMUNICATION

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☐   NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

X Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

___ Other (Describe)

## PARTIES

2. Plaintiff's name: CATHERINE A SAFFEL

   Plaintiff's address: 2155 GLENORO DR
   Street address or P.O. Box

   FLORISSANT MO 63033
   City/ County/ State/Zip Code

   314-585-0916
   Area code and telephone number

3. Defendant's name: Charter Communication

   Defendant's address: 13537 Barrett Parkway Dr
   Street address or P.O. Box

   Ballwin MO 63021
   City/County/State/ Zip Code

   314-858-3612
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)          (City/County)              (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

May 2022 - September 2022

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

[X] Yes   Date filed: April 3 2023

[ ] No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

[X] Yes   Date filed: 3/22/2023

[ ] No

8. Have you received a Notice of Right-to-Sue Letter?

[X] Yes                              [ ] No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

[X] 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

    \_\_\_\_ failure to hire me

    _X_ termination of my employment

    \_\_\_\_ failure to promote me

    _X_ failure to accommodate my disability

    \_\_\_\_ terms and conditions of my employment differ from those of similar employees

    \_\_\_\_ retaliation

    _X_ harassment

    \_\_\_\_ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

   _X_ Yes              \_\_\_\_ No

...ut that ...Leah F...
...ehavior and how they effected me mentally and asked for assistance but nothing was ever done. Leah Fowler made working at Spectrum very uncomfortable, she followed me to bathrooms, parking lots and would consistly come to my desk. Leah Fowler was a lead and I believe was aware of my mental health status and instead of respecting me, she used it against me and created an unsafe enviorment for me to work.

The second incident occurred when Leah came to my desk again. She proceeded to pull her phone out aiming at me and trying to take a picture. I asked her to stop and she suggested that she can do what she wants and that she wasn't doing anything wrong.

- The third incident occurred when Leah sent me a harassing message through the IM, I did not reply instead I asked my lead to look over the message and I was told to disregard the message and to continue with my work. The manger was again award of this issue and she told me again she would speak to Leah Fowler.

" At this point I started feeling very uncomfortable at work and start having alot of anxiety coming to work. Nothing was being done about Leah's behavior and the manger instead of keeping her word that things would get better started questioning my attendance, and redirecting every conversation about me not being a team player and that I should consider how my attendance is effecting everyone else behavior.

- The Fourth incident occurred when Leah F. came over to my desk for the third time and accused me of not working and being on my phone. I turned around to her and told her that I was working and to please leave me alone. Leah refused to drop the conversation and instead she grab my chair to turn me back around and continued making her false allegations about me not working. She (Leah Fowler then proceeded taking a step forward towards me. At this point I felt unsafe and threatened, I was scared and started saying leave me alone loudly so a witness nearby can be brought aware of what is happening. That co-worker stepped in Leah walked off and I immediately contacted my supervisor. I was told to finish what I was doing and to go home. At this time there were no supervisor, manger, director or HR person in the building, it was after hour at 6:47pm.

- After this incident we met with the director Jeremy Long who after I advised him I went to the manger several time about the same issues with the same perso He directed to tell me that I was confused about the defination of harassment. I was then tereminated.

(Attach additional sheets as necessary).

(more)

- However the company was aware of medical diagnosis of lupus and that I suffer from anxiety, depression at the time and also struggling with complicati with my kidney transplant. I was approved for FMLA so the manger, HR reprentative, supervisor and directo were all aware of my stauts and I personaly had conversation with the manger and HR reprentative of acomandation to help with with my disability

6

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☒ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. I am seeking justice for the discrimination, harassment and mental abuse I faced during the last five months of employment. I would like to be compensated for wrongfully being terminated, as well as my credit score be effected due to the company sending an outstanding student loan debt. This lawsuite is to also bring awareness to the CEO of the mental health lack of there is withwin management at the enty level position.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_19\_\_ day of \_\_May_____, 20\_23\_.

Signature of Plaintiff _____

8