UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CATHERINE A. SAFARI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23 CV 674 RWS |
| | ) | |
| CHARTER COMMUNICATION, | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER OF DISMISSAL

On May 19, 2023, Plaintiff Catherine Safari filed this employment discrimination suit against Defendant Charter Communications, LLC.  On June 27, 2023, I granted the parties' joint motion to stay the case to allow the parties to participate in binding arbitration.  On February 18, 2025, Defendant Charter filed a motion to dismiss this case with prejudice.  Charter states that on April 24, 2024, the arbitrator resolved all pending claims in favor of Charter and closed the arbitration proceedings.  Safari did not appeal the arbitrator's order.  In light of the arbitration decision, Charter seeks to dismiss this lawsuit.  Safari has not filed an opposition to Charter's motion to dismiss.

Accordingly,

**IT IS HEREBY ORDERED that** Defendant Charter Communications, LLC's motion to dismiss this case with prejudice [11] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2024.